JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br><br> Plaintiff, <br><br> vs. <br><br> TECTRON INTERNATIONAL, INC., <br><br> Defendant. | Case No. 8:19-cv-01775-JLS-JDE <br><br> **CONSENT JUDGMENT PURSUANT TO STIPULATION** <br><br> The Hon. Josephine L. Staton |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

This matter is before the Court on the unopposed motion of Plaintiff Koninklijke Philips N.V. ("Philips" or "Plaintiff"), and Defendant Tectron International, Inc. ("Tectron" or "Defendant"), pursuant to their Confidential Settlement Agreement dismissing this case (the "Agreement").

**WHEREAS**, Plaintiff requests this Consent Judgment to be entered in the above-captioned case (the "Litigation"), and Defendant does not oppose Plaintiff's request.

**WHEREAS**, Plaintiff owns United States Patent No. D758,785 (together, the "Patent-in-suit") asserted in the Litigation against Defendant, for infringement by Defendant's smokeless grill sold under the name "Hammerstone."

**WHEREAS**, in the Litigation, Plaintiff pleaded it would be irreparably harmed if Defendant was not enjoined from directly or indirectly infringing the Patents-in-suit, and requested a permanent injunction in Plaintiff's Complaint.

**WHEREAS,** the Agreement expressly identifies Defendant's Accused Devices in the Litigation, which Defendant by the Agreement and this Consent Judgment agrees to no longer make, use, sell, offer to sell, or import, for the life of the Patents-at-Issue.

**WHEREAS,** this settlement and Consent Judgment will help the parties avoid the uncertainty and risks of litigation, save litigations costs, conserve judicial and party resources, and adhere to the judicial policy in favor of settlement, this settlement and Consent Judgment serve private and public interests.

**WHEREAS,** the parties each consent to the jurisdiction of this Honorable Court for all purposes relating to enforcement of the Agreement, and this Consent Judgment.

**IT IS HEREBY ORDERED, DECREED, and ADJUDGED as follows:**

1. The Court has jurisdiction over the parties and the subject of the Litigation, and for the purposes of enforcing this Judgment.

2. Defendant acknowledges Plaintiff's ownership and standing to sue for infringement of the Patent-in-suit.

3. Defendant acknowledges, and agrees not to challenge, the validity and enforceability of the Patent-in-suit.

4. Defendant and its affiliates are enjoined, from date hereof until the expiration of U.S. Patent No. D758,785 from making, offering to sell, selling, importing, or distributing any smokeless grill of the design of the Accused Device sold by Defendant under the name "Hammerstone," or any design that is substantially similar thereto.

5. All claims of the Litigation are hereby dismissed with prejudice.

6. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 16, 2020

_____
The Honorable Josephine L. Staton
United States District Judge